IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANDREW WHITE                                                      PLAINTIFF

v.                          No. 3:19-cv-168-DPM

MARTY BOYD, Sheriff, Craighead
County Sheriff Department; KEITH
BOWERS, Jail Administrator, Craighead
County Detention Center; T. RAYMOND,
Jail Administrator, Craighead County
Detention Center; and KEITH HARREL,
Jail Administrator, Craighead County
Detention Center                                                  DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. White has filed an amended complaint with an updated address. № 6. But he hasn't paid the filing and administrative fees or filed a complete application to proceed *in forma pauperis*; and the time to do so has passed. № 7. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

16 August 2019